# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMIE CUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1149 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

## O R D E R

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. § 636(b)(1)(A) and (B), this case is **REFERRED** to the Magistrate Judge for a scheduling order, for decision on all nondispositive matters, and for a Report and Recommendation on disposition of Plaintiff's Complaint for judicial review of the decision of the Social Security Administration.

It is so **ORDERED**.

ENTER this 5th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge